FELT, Appellant, v. KIRKPATRICK, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Walter A. Felt against John Kirkpatrick, individually, etc. J. Flynn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FERRIGAN. (Supreme Court, Appellate Division, First Department. December 23, 1898.) In the matter of Rose Ferrigan, deceased. No opinion. Motion denied.

FIRST PRESBYTERIAN CHURCH IN VILLAGE OF WATERFORD, Respondent, v. McKALLAR et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by the First Presbyterian Church in the Village of Waterford against Edgar C. McKallar and others, executors, etc. No opinion. Motion to make order more definite denied. The costs are payable out of the estate. See 54 N. Y. Supp. 740.

FISCHER, Respondent, v. KLINGMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) Action by Henry C. Fischer against Frederick Klingman.

PER CURIAM. Application for leave to appeal to the court of appeals denied on the ground that by section 190 of the Code of Civil Procedure appeals can be taken to that court only from determinations made by the appellate division of the supreme court. The judgment sought to be reviewed in this case was made by the justice of the supreme court, and not by the appellate division. The motion for reargument cannot be entertained by this branch of the court, but must be addressed to the justice who made the original determination.

FLAHERTY, Respondent, v. CONTINENTAL INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Charles Flaherty against the Continental Insurance Company. No opinion. Judgment affirmed, with costs. See 46 N. Y. Supp. 934.

FLEISCHNER v. PEEPLES. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Anna Fleischner against James E. Peeples. No opinion. Motion granted, with $10 costs.

GIBBS, Plaintiff, v. ERIE COUNTY MORTG. & INV. CO., Appellant (BUFFALO SEWER–PIPE CO., Respondent, et al.). (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Clinton B. Gibbs, as general assignee for the benefit of creditors, etc., of Thomas McKeown and Augustus H. Stowell, individually and as copartners, against the Erie County Mortgage & Investment Company, impleaded with the Buffalo Sewer-Pipe Company, and others. No opinion. Judgment affirmed, with costs.

GILMORE, Appellant, v. FULLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Alida Gilmore against George Fuller. No opinion. Judgment of the county court reversing the judgment of the justice's court affirmed, with costs.

GLOR et al., Appellants, v. McLENNAN FRENCH PAINT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Edward P. Glor and others against the McLennan French Paint Company. No opinion. Order reversed, with $10 costs, and motion granted, with $10 costs. See Jacob v. Watkins, 10 App. Div. 475, 42 N. Y. Supp. 6.

GOLDSMITH, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Carl Max Goldsmith, an infant, against the Metropolitan Street Railway Company. J. B. Ker, for appellant. C. F. Brown, for respondent. No opinion. Judgment modified by striking out extra allowance, and, as modified, affirmed, with costs.

GREEN et al., Respondents, v. ECKER, Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by George J. Green and others, as administrators, against Rose Ecker, as administratrix. No opinion. Judgment and orders affirmed, with costs.

GRIEBEL, Respondent, v. ROCHESTER PRINTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Ferdinand Griebel against the Rochester Printing Company. No opinion. Judgment and order affirmed, with costs. See 48 N. Y. Supp. 505.

GUENAT, Appellant, v. MANDEL, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Augustin Guenat against Solomon M. Mandel. W. L. Mathot, for appellant. A. S. Seligsberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HABER, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Charles Haber against Bernard J. York and others. David May, for appellant. Terence Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on authority of People v. Roosevelt, 24 App. Div. 17, 48 N. Y. Supp. 1043.

HAND, Appellant, v. GAS ENGINE & POWER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by George B. Hand against the Gas Engine & Power Company. C. De H. Brower, for appellant. E. P. Johnson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re HART. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) In the matter of the application of Coleridge A. Hart for an order requiring the state board of

canvassers to act or show cause. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except HERRICK, J., dissenting. See 47 N. Y. Supp. 445.

HARVEY v. NICOLL & ROY CO. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by William H. Harvey against the Nicoll & Roy Company. No opinion. Motion granted, without costs.

HAVILAND et al., Appellants, v. RIDLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by William W. Haviland and another, as receivers, etc., against Henry Ridley and Nancy Ridley, his wife; Henry S. Ridley and Margaret Ridley, his wife; and Thomas Coursey, as assignee of Henry S. Ridley. No opinion. Judgment affirmed, with costs. All concur, except WARD, J., not voting.

HAWKINS, Respondent, v. PELHAM ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by John P. Hawkins against the Pelham Electric Light & Power Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 54 N. Y. Supp. 1103.

HAYNE, Appellant, v. SEALY, Respondent. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by Henry J. Hayne against Thomas Sealy. No opinion. Judgment affirmed, with costs. See 48 N. Y. Supp. 769.

HECLA IRON WORKS, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) Action by the Hecla Iron Works against Edward P. Milliken and another. PER CURIAM. Order affirmed without costs, on condition that within 10 days the defendants give to the plaintiff a stipulation that, in case of final affirmance of the judgment recovered in the county of New York (Action No. 2) so far as the same relates to the set-off of $1,367.86 pleaded by the defendants in this action, the plaintiff may enter judgment herein, with costs, for its claim and interest as demanded in the complaint; and, second, that the defendants stipulate that they will not prosecute any appeal from such judgment; and, third, that within a like period of 10 days they give a bond with two sufficient sureties to justify, if excepted to, conditioned for the payment of any judgment that may be entered in this action on the said stipulation or otherwise; and, if such conditions be not complied with within the time aforesaid, then the order appealed from is reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

HENRY, Appellant, v. SALISBURY, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Harry S. Henry against Monroe Salisbury. A. H. Hummel, for appellant. H. M. Whitehead, for respondent. No opinion. Judgment affirmed, with costs, on authority of Henry v. Salisbury, 14 App. Div. 526, 43 N. Y. Supp. 851. See 53 N. Y. Supp. 834.

HIGGINS, Respondent, v. STARIN, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Francis Higgins, as receiver, against John H. Starin. E. B. Whitney, for appellant. B. Yates, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HILL v. WINE et al. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Anna S. Hill against Samuel Wine and others. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 892.

HINCKEL, Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Frederick Hinckel against Jennie B. Stevens. No opinion. Motion for a reargument denied. See 45 N. Y. Supp. 678, and 54 N. Y. Supp. 457.

HOFFMAN, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Isabella Hoffman against the New York Elevated Railway Company and others. A. A. Wheat, for appellants. W. R. Paige, for respondent. No opinion. Judgment modified by reducing amount awarded for fee damage to $1,500 and for rental damage to $150 a year, and by reducing the extra allowance proportionately, and, as so modified, affirmed, without costs to either party.

HOME BANK v. J. B. BREWSTER CO. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by the Home Bank against the J. B. Brewster Company. No opinion. Motion denied.

HOUGH CASH-REGISTER CO., Appellant, v. MOWRY, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the Hough Cash-Register Company against John S. Mowry. No opinion. Judgment of the county court affirmed, with costs. All concur, except HARDIN, P. J., and ADAMS, J., dissenting. See 51 N. Y. Supp. 1134.

HURST, Respondent, v. HURST, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by Mary Elizabeth Hurst against Alfred Thomas Hurst. No opinion. Motion to dismiss appeal denied, on condition that the appellant print, serve, and file his case on appeal in time for the next term of this court. On failure to comply with such condition, the motion will be granted.

JACKSON v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Charles E. Jackson against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion granted, with $10 costs.